FILED
CLERK, U.S. DISTRICT COURT

AUG 31 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE JONATHAN CASTILLO,<br><br>Defendant. | Case No. CR 19-117(C)-ODW<br><br>ORDER OF DETENTION |

I.

On August 31, 2021, Defendant, who was assisted by a Spanish Language interpreter, made his initial appearance, by consent to appear by video teleconference, on the Third Superseding Indictment filed in this matter. Robert Bernstein, a member of the indigent defense panel, was appointed to represent Defendant; and David Reed, a member of the indigent defense panel, specially appeared for Robert Bernstein. A detention hearing was held at which Defendant submitted on the recommendation of detention in the Pretrial Services Report.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the

history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing and the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

### IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Defendant has no legal status in the United States
- ☒ Defendant has family ties in El Salvador
- ☒ Defendant has not provided any bail resources
- ☒ Background information is unverified

As to danger to the community:

- ☒ allegations in the indictment identify Defendant as a member of an organized crime enterprise, specifically MS-13, and charge Defendant with murder and with violent crimes in aid of racketeering.
- ☒ Criminal history includes a felony conviction for robbery in 2018 and a probation violation in 2019

### V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal

for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: August 31, 2021

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE